— **EXHIBIT B** —



Services     Find a location     Providers



Book an appointment

Patient portal

# Terms of use

Medical Disclaimer: In the event of a medical emergency, please call 911. Our Digital Service is not designed to facilitate medical emergencies. No information on this Digital Service should be used as personal medical advice, diagnosis or treatment. Because each person's health needs are different, a health care provider should be consulted before acting on any information provided in this Digital Service.

## For Care Management Application Use



Your care team closely reviews your symptoms during business hours M-F from 8am-5pm CST and on Saturday & Sunday until noon CST. If you are experiencing symptoms that need immediate medical attention, please contact your primary care provider's office, or follow the directions above in the event of an emergency.

Effective Date: October 15, 2019
Revised: August 14, 2020

Welcome! You have arrived at a website or application (collectively, a "Digital Service") location which is owned and operated by Village Practice Management Company, LLC ("VillageMD" or "We"). VillageMD is comprised of various entities that provide healthcare and related services to individuals throughout the United



Services    Find a location    Providers

Patient portal

Book an appointment

- Village Medical at Walgreens
- Village Medical at Home
- Village Medical Pharmacy
- Village Medical Physical Therapy

This Terms of Use governs your access to and use of the Digital Service, including any content, functionality and services offered on or through the Digital Service. Please read these Terms of Use carefully before accessing or using the Digital Service, so that you fully understand your rights and responsibilities.

## Do these Terms of Use change?

We may revise and update these Terms of Use from time to time, in our sole discretion. All changes are effective immediately when we post them. Material changes will be posted conspicuously on the Digital Service. Your continued use of the Digital Service following the posting of the revised Terms of Use means that you accept and agree to the changes. You are expected to check this page from time to time so you are aware of any changes.

## Will I be able to receive medical advice through this Digital Service?

No. The Digital Service and its content is not considered medical advice and should not be



Services  Find a location  Providers

Patient portal

Book an appointment

topics and providing general information on VillageMD and the services we provide. This Digital Service does not and is not intended to cover all diseases, ailments, physical conditions, or their treatment options. This Digital Service provides generalized information and not individual medical diagnosis or treatment recommendations. Contact your physician or other qualified healthcare provider for advice if you have personal or individual questions about a disease, treatment or new health and wellness program. In case of an emergency, contact your local emergency services immediately as the Digital Service is not monitored at all times.

Certain information contained in the Digital Service is compiled from a variety of independent third-party sources. We make no guarantee whatsoever that the information contained in the Digital Service is accurate or up to date. The creators, designers and maintainers of the Digital Service do not directly or indirectly practice medicine or dispense medical services through this Digital Service.

## How accurate is the information on this Digital Service?

You are responsible for the accuracy of information that you submit to us via the Digital Service. We have no obligation nor do we accept any liability for information that is not accurate.



possible that the Digital Service and its content could include inaccuracies or errors, or not contain the most up-to-date information, and third parties could make unauthorized additions, deletions, and alterations to the Digital Service. Please inform VillageMD in the event you become aware of an inaccuracy so that it can be corrected.

VillageMD does not warrant the accuracy, completeness, or usefulness of the content. Any reliance you place on such content is strictly at your own risk. All content is provided "as is," with no warranty or representation from VillageMD at all. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other visitor to the Digital Service, or by anyone who may be informed of any of its contents.

The Digital Service may include content provided by third parties, including materials provided by other users, bloggers and third-party licensors, syndicators, aggregators and/or reporting services. All statements and/or opinions expressed in these materials, and all articles and responses to questions and other content, other than the content provided by VillageMD, are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect the opinion of VillageMD. We are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

4/3/24, 3:42 PM  Terms & Conditions | Village Medical



Services    Find a location    Providers

Patient portal

Book an appointment

State of Illinois in the United States of America. We provide the Digital Service for use only by persons located in the United States of America. We make no claim that the Digital Service or any of its content is accessible or appropriate outside the continental United States of America. If you access the Digital Service from outside the United States of America, you do so on your own initiative and are responsible for compliance with local laws.

## If I am a patient of VillageMD, can I access my information through the Digital Service?

The athena Patient Portal is operated and maintained by athena and is for registered VillageMD patients and is separate and apart from the Digital Service. VillageMD does not maintain the athena Patient Portal. VillageMD patients may access the athena Patient Portal here.

If you are a VillageMD patient and would like access to the athena Patient Portal to better manage your healthcare, please contact your practice. Specific practice contact information may be found here. The tools available in the athena Patient Portal are for your information and personal use only, and the accuracy of such tools cannot be guaranteed. You are solely responsible for the accuracy of any information you provide to us via the athena Patient Portal.



Services    Find a location    Providers

Patient portal

Book an appointment

for services provided by VillageMD are subject to the limitations of your individual insurance coverage. Please always check with your insurance carrier regarding benefit coverage. Additional information about use of credit cards via the Digital Service is set forth below.

Information gathered and maintained via the athena Patient Portal is personally identifiable and protected health information. You may see how we collect, use and maintain your information via the VillageMD Privacy Policy and, if you are a patient, the VillageMD Notice of Privacy Practices.

## Does VillageMD have control over my password for private-access portions of the Digital Service?

No. Carefully choose, use, and save your passwords for any private-access portion of the Digital Service, such as the athena Patient Portal or the online employment application portal. We have no control over use of passwords and cannot tell whether someone else is accessing the Digital Service under your password. As a result, you are solely responsible for any use of your password or other login information by you or any third party, and we have no responsibility or liability for any such use.

From time to time, we may restrict access to some parts of the Digital Service, or the entire



username, password, or other identifier at any time if, in VillageMD's opinion, you have violated any provision of these Terms of Use. If for any reason all or any part of the Digital Service is unavailable for any time period, we are not liable.

## Are there classes and events users can sign up for?

Where offered, you may sign up for email notification for classes and events. You may also register online for available classes and events. Any payments for classes and events may be made online using a credit or other payment card. Additional information on credit or other card payments is set forth below. If you sign up for email notification or otherwise register for a class or event, we will use the information you provide us as set forth in the VillageMD Privacy Policy .

## What about paying for medical or other healthcare services?

As a patient of VillageMD, you may also submit credit card information for payment of medical or other healthcare services provided by a VillageMD facility by accessing your account via the athena Patient Portal.

You must submit the necessary card information before your payment or order will be processed.



this type of use. Payment is subject to the approval of the financial institution issuing the card. We assume no responsibility or liability if the financial institution refuses to accept or honor your card for any reason

## Can I apply online for a job at VillageMD?

Yes. VillageMD accepts applications for employment online. You may register to submit your application or resume online, subject to additional terms and conditions applicable to such online employment application process. Submitting your resume or online application for an open position does not guarantee or entitle you to any job or consideration for any particular position.

## Does VillageMD have a Privacy Policy?

Yes. The use of the Digital Service is also governed by the terms of the VillageMD Privacy Policy which are incorporated into these Terms of Use by this reference. Any protected health information collected on the Digital Service will be used and disclosed only in accordance with VillageMD's Notice of Privacy Practices. By using the Digital Service, you consent to all actions taken by us with respect to your information in compliance with the Privacy Policy.



Services    Find a location    Providers

Book an appointment

Patient portal

## Service?

You may only use the Digital Service for lawful purposes and in accordance with these Terms of Use. You agree not to use the Digital Service:

- In any way that violates any applicable federal, state, local or international law or regulation.
- For the purpose of exploiting, harming, or attempting to exploit or harm minors in any way.
- To send, knowingly receive, upload, download, use or re-use any material that does not comply with this Terms of Use.
- To transmit, or procure the sending of, any advertising or promotional material, including any "junk mail," "chain letter," "spam" or any other similar solicitation.
- To impersonate or attempt to impersonate VillageMD, a VillageMD employee, another user or any other person or entity (including, without limitation, by using email addresses associated with any of the foregoing).
- To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Digital Service, or which, as determined by us, may harm VillageMD or users of the Digital Service, or expose them to liability. This includes using any device, software or routine that interferes with the proper working of the Digital Service; introducing any malicious or technologically harmful material; attempting to gain authorized access to,



Services    Find a location    Providers

Patient portal

Book an appointment

Digital Service; or any other attempt to interfere with the proper working of the Digital Service.

Any rights that are not expressly granted by these Terms of Use or any applicable end user license agreements are reserved by VillageMD.

## Intellectual Property Rights

The Digital Service and its entire contents, feature, and functionality are owned by VillageMD, its affiliates, its licensors or other providers of such material, and is protected by the United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

Any unauthorized use of any trade dress, marks or any other intellectual property belonging to VillageMD or any third party is strictly prohibited and may be prosecuted to the fullest extent of the law.

These Terms of Use permit you to use the Digital Service for your personal, non-commercial use only. You must not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Digital Service, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental



Services    Find a location    Providers

Patient portal

Book an appointment

enhancement purposes.
- You may print or download one copy of a reasonable number of pages of the Digital Service for your own personal, non-commercial use and not for further reproduction, publication or distribution.
- If we provide desktop, mobile or other applications for download, you may download a single copy to your computer or mobile device solely for your own personal, non-commercial use, provided you agree to be bound by our end user license agreement for such applications.
- If we provide social media features on Facebook, LinkedIn, Twitter or, Instagram, with certain content, you may take such actions as are enabled by such features.

You must not:

- Modify copies of any materials from this site.
- Use any illustrations, photographs, video or audio sequences, or any graphics separately from the accompanying text.
- Delete or alter any copyright, trademark or other proprietary rights notices from copies of materials from this site.

You must not access or use for any commercial purposes any part of the Digital Service or any services or materials available through the Digital Service.

If you print, copy, modify, download or otherwise use or provide any other person with access to any part of the Digital Service in breach of the



Services     Find a location     Providers                Book an appointment

Patient portal

interest in or to the Digital Service or any content on the Digital Service is transferred to you, and all rights not expressly granted are reserved by VillageMD. Any use of the Digital Service not expressly permitted by these Terms of Use is a breach of these Terms of Use and may violate copyright, trademark and other laws.

## Trademarks

The name VillageMD, VillageMD's logo and all related names, logos, product and service names, designs and slogans are trademarks of VillageMD or its affiliates or licensors. You must not use such marks without prior written permission of VillageMD. All other names, logos, product and service names, designs and slogans on this Digital Service are trademarks of their respective owners.

## Third-party vendors

VillageMD has business relationships and affiliations with third-party vendors that deliver certain services and content. The use and collection of information by these third-party vendors is governed by their respective privacy statements and is not covered by these Terms of Use or the VillageMD Privacy Policy. To protect your information, we encourage you to learn about the privacy policies of those third parties.



- Google Analytics. We use Google Analytics for tracking queries submitted to their search engines. We also use Google's DoubleClick technology for tracking our advertisements, enabling "tell-a-friend" social media functionality and providing us with the contact information of users who submit a request for additional information about our services via click-through advertisements. View Google's privacy policy.
- Cision. VillageMD obtains contact details and other personal information regarding media contacts and influencers from a variety of sources, including Cision. If you wish to know more about how such information is collected and used, please refer to Cision's privacy notice.

This list may be updated and modified from time to time by VillageMD, at its sole and absolute discretion.

If the Digital Service contains links to other sites and resources provided by third parties, these links are provided for your convenience only, and VillageMD has no control whatsoever over the operation of the links and/or the content provided in the links. This includes links contained in advertisements, including banner advertisements and sponsored links. We have no control over the contents of those sites or resources, and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third-party Digital Services linked to this Digital Service, you do so entirely at your own risk



Services       Find a location       Providers

Patient portal

Book an appointment

# Disclaimer of Warranties

VILLAGEMD CANNOT AND DOES NOT WARRANT AGAINST HUMAN AND MACHINE ERRORS, OMISSIONS, DELAYS, INTERRUPTIONS OR LOSSES, INCLUDING LOSS OF DATA. VILLAGEMD CANNOT AND DOES NOT GUARANTEE OR WARRANT THAT THE DIGITAL SERVICE WILL BE FREE OF INFECTION BY VIRUSES, WORMS, TROJAN HORSES OR OTHER MALICIOUS CODE. VILLAGEMD DOES NOT WARRANT OR GUARANTEE THAT THE FUNCTIONS OR SERVICES PERFORMED IN THE DIGITAL SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT DEFECTS IN THE DIGITAL SERVICE WILL BE CORRECTED.

THE DIGITAL SERVICE, INCLUDING ALL CONTENT AND INFORMATION IS PROVIDED "AS IS" WITH ALL FAULTS, WITH NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED, AND DISCLAIMS ALL SUCH WARRANTIES INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NONINFRINGEMENT AND ALL WARRANTIES ARISING FROM A COURSE OF DEALING OR USAGE IN TRADE.

VILLAGEMD MAKES NO WARRANTY OR REPRESENTATION REGARDING THE RESULTS THAT MAY BE OBTAINED FROM USE OF THE DIGITAL SERVICE, OR USE OF MATERIAL, INFORMATION OR DATA DOWNLOADED OR OTHERWISE OBTAINED FROM THE DIGITAL SERVICE, OR REGARDING THE ACCURACY OR



FAILURE TO STORE ANY USER COMMUNICATION.

YOU ASSUME TOTAL RESPONSIBILITY AND RISK FOR YOUR ACCESS OR USE OF THE INTERNET AND THE DIGITAL SERVICE. You acknowledge and agree: (1) that your use of the Digital Service and any material, information or data downloaded or otherwise obtained through the use of the Digital Service is at your own discretion and risk; and (2) that you are solely responsible for any damage to your computer system for loss of data that results from the download of such material, information or data, and for any other form of damage that may be incurred.

THE FOREGOING DOES NOT AFFECT ANY WARRANTIES THAT CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

## Limitation on liability

TO THE FULLEST EXTENT PROVIDED BY LAW, IN NO EVENT WILL VILLAGEMD, ITS AFFILIATES OR ITS LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE DIGITAL SERVICE, ANY WEBSITES LINKED TO IT, ANY CONTENT ON THE DIGITAL SERVICE OR SUCH OTHER WEBSITES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL

Case: 1:24-cv-02882 Document #: 1-2 Filed: 04/10/24 Page 17 of 20 PageID #:87



Services   Find a location   Providers

Patient portal

Book an appointment

(INCLUDING NEGLIGENCE), BREACH OF CONTRACT OR OTHERWISE, EVEN IF FORESEEABLE.

THE FOREGOING DOES NOT AFFECT ANY LIABILITY THAT CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

## Indemnification

You agree to indemnify, defend and hold harmless VillageMD, its affiliates and their respective officers, directors, employees and agents from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms of Use or your use of the Digital Service.

## What happens if there is a dispute between me and VillageMD over these Terms of Use?

The Digital Service Terms of Use is a binding agreement between you and VillageMD, entered into in the State of Illinois, and governed by and interpreted in accordance with the laws of the State of Illinois, exclusive of its choice of law rules. Each party to these Terms of Use hereby submits to the exclusive jurisdiction of the state



Services  Find a location  Providers

Patient portal

Book an appointment

Any legal issue you have regarding the Digital Service must be commenced within one year after the legal issue arises or the claim or cause of action is barred. In any action to enforce these Terms of Use, VillageMD will be entitled to all costs and attorney fees it incurs.

The Digital Service is not targeted to users in any particular locality, nor is it intended to constitute the doing of business in any jurisdiction, nor to be a solicitation of business anywhere on behalf of VillageMD or any of its affiliated entities, nor to constitute any contacts with any jurisdiction outside the State of Illinois.

Notice may be given to you as a user of this site by posting information to this site. Notice may be given to VillageMD only by delivery to contact@villagemedical.com.

## Is this information all I need to know?

The material included in the Digital Service Terms of Use, along with the VillageMD Privacy Policy, constitutes the entire agreement between VillageMD and you regarding the Digital Service.

No waiver by VillageMD of any term or condition in this Terms of Use will constitute a further or continuing waiver of such term or condition or waiver of any other term or condition. Any failure of VillageMD to assert a right or provision under



Services      Find a location      Providers

Patient portal

Book an appointment

unenforceable or invalid, then the court will modify such provision to the minimum extent necessary to make such provision enforceable and valid. Should such modification prove impossible or impracticable, then the provision will be severed, and the remaining terms of this Agreement interpreted and read to give them maximum enforceability.

The Digital Service is owned and operated by Village Practice Management Company, LLC.

All other feedback, comments, requests for technical support and other communications relating to the Digital Service should be directed to contact@villagemedical.com.

For more information about our Village Medical Primary Care Clinic locations, please visit https://www.villagemedical.com/locations

# Get started with Village Medical

Find a doctor      Book an appointment



Services      Find a location      Providers                    Book an
                                                                appointment
                          Patient portal

Request          Plans              Village
                                    Medical
Services         Medicare
                 Information        Careers
Find a
location         Journey to         Contact us
                 Well Blog
Providers                           Compliance
                 Virtual Visits     and privacy
Patient
portal           Village            Code of
                 Medical at         conduct
                 Home

                 Patient
                 Information
                 Center

                 Patient
                 Relations

© 2024 Village Medical                    Terms of Use | Privacy Policy