**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Angel Rodriguez

                                        Plaintiff,

v.                                                          Case No.: 1:24−cv−02882
                                                            Honorable John J. Tharp Jr.

Village Practice Management Company, LLC

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2024:

          MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to dismiss for failure to state a claim [24] is taken under advisement. The plaintiff's response is due by 7/29/24; reply due 8/12/24. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.