# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Angel Rodriguez

                      Plaintiff,

v.                                     Case No.: 1:24−cv−02882
                                                    Honorable John J. Tharp Jr.

Village Practice Management Company, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

    MINUTE entry before the Honorable John J. Tharp, Jr:Pursuant to Fed. R. Civ. P. 15(a)(2), the plaintiff's unopposed motion for leave to file a second amended class action complaint [32] is granted. The pending motion to dismiss [24] is denied without prejudice as moot. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.