## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Angel Rodriguez

            Plaintiff,

v.                    Case No.: 1:24−cv−02882
                      Honorable John J. Tharp Jr.

Village Practice Management Company, LLC

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

  MINUTE entry before the Honorable John J. Tharp, Jr:The parties' joint motion to stay proceeding pending the outcome of mediation [53] is granted. The parties are directed to submit a joint status report on 4/17/2026 to update the court on the status of mediation. In light of the substantial stay, the pending motion to dismiss of defendant Village Practice Management Company [39] is denied without prejudice to reassertion if the parties are unable to resolve the case by mediation. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.