# — EXHIBIT A —

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**AT CHICAGO**

| | |
|---|---|
| ANGEL RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>VILLAGE PRACTICE MANAGEMENT COMPANY, LLC D/B/A VILLAGE MEDICAL D/B/A VILLAGEMD<br><br>Defendant. | No. 1:24-cv-02882<br><br>Honorable Judge John J. Tharp, Jr |

**[PROPOSED] AGREED AMENDED CASE SCHEDULE**

This matter came before the Court on the Parties' Joint Status Report, Request to Lift Stay, and Amended Case Schedule. Pursuant to the Federal Rules of Civil Procedure and the local rules, and for good cause shown, the Court hereby GRANTS the Parties' request and ORDERS that the following Amended Case Schedule be ENTERED:

1. **Initial Disclosures.** The Parties have exchanged initial disclosures required by Fed. R. Civ. P. 26(a)(1).
2. **Amendments to Pleadings**: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed on or before **October 2, 2026**.
3. **Electronically Stored Information (ESI)**. The Parties filed an Agreement on the Protocol for Discovery of ESI and Hard Copy Documents on May 8, 2025 [52].
4. **Claims of Privilege and Protection**. The Parties' Stipulated Protective Order was entered on April 8, 2025 [50, 51].

5. **Status Conference**. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.
6. **Motion to Dismiss.** Defendant to file its motion 10 days following the submission of this report. Plaintiff to file an opposition 30 days following the motion. Defendant to file a reply brief 21 days after the opposition.
7. **Non-Expert Discovery**. Non-expert witness discovery and discovery relating to liability issues shall be completed by **June 17, 2027**.
8. **Expert Discovery**.
   a. Plaintiff shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **July 17, 2027.**
   b. Defendant shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **August 17, 2027.**
   c. Expert witness discovery and discovery relating to damages shall be completed by **October 18, 2027**.
9. **Class Certification**.
   d. Plaintiff shall move for class certification on or before **October 1, 2027**.
   e. Defendant's opposition to Plaintiff's motion for class certification shall be filed within **45 days** of service of the motion.
   f. Reply in further support shall be filed within **30 days** after service of the opposition papers.

10. **Dispositive Motions**.

    g. Dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings, must be filed by **February 17, 2028**.

    h. Oppositions to dispositive motions shall be filed within **45 days** of service of the motion.

    i. Reply in further support shall be filed within **30 days** after service of the opposition papers.

11. **Trial by Magistrate Judge**. At this time, all parties do not consent to refer this matter to Magistrate Judge pursuant to 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for all further proceedings including trial.

12. **Alternative Dispute Resolution Mediation**. The Parties participated in a private mediation on March 26, 2026.

13. **Modification**. This schedule may be modified for good cause and with the judge's consent.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
Honorable Judge John J. Tharp, Jr.