**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Angel Rodriguez

                           Plaintiff,

v.                                       Case No.: 1:24–cv–02882
                                       Honorable John J. Tharp Jr.

Village Practice Management Company, LLC

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

      MINUTE entry before the Honorable Albert Berry III: Initial status hearing held 5/20/26. The parties were advised on Judge Berry III's case procedures. The Court adopts the deadlines set by the District Judge [57]. The parties are ordered to file an updated joint status report 8/12/26 informing the Court on the progress of fact discovery and whether the parties believe a settlement conference would be fruitful at that time. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.