IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JOHN DOE, individually, and on behalf of all others similarly situated,

Plaintiff

v.

VILLAGE PRACTICE MANAGEMENT COMPANY, LLC D/B/A VILLAGE MEDICAL D/B/A VILLAGEMD

Defendant.

Civil Action No. 1:24-cv-02882

Judge John J. Tharp, Jr.

CLASS ACTION

JURY TRIAL DEMANDED

**JOINT STATUS REPORT**

Pursuant to the Court's order filed on May 20, 2026 (ECF No. 66), Plaintiff, John Doe, and Defendant, Village Practice Management Company, LLC d/b/a Village Medical d/b/a VillageMD (Plaintiff and Defendant together referred to as the "Parties"), by their respective counsel, respectfully submit this Joint Status Report.

1. Update on Discovery

   a. The Parties exchanged initial disclosures as required by Fed. R. Civ. P. 26(a)(1).

   b. Additionally, on April 4, 2025, the Parties filed a Joint Motion for Entry of Agreed Qualified Protective Order, which the Court entered on April 8, 2025.

   c. Additionally, the Parties filed an agreed protocol governing discovery of ESI and hard-copy documents on May 8, 2025.

   d. Plaintiff's Propounded Discovery

      i. Plaintiff served its initial set of written discovery on Defendant on September 10, 2024.

      ii. Defendant produced an initial set of documents on April 15, 2025.

iii. On April 28, 2026, Plaintiff informed Defendant that it intended to seek a dashboard inspection and to notice a deposition of Defendant under Rule 30(b)(6).

iv. Thereafter, on June 8, 2026, Plaintiff served a Notice of Dashboard Inspection on Defendant, setting the inspection for July 7, 2026.

v. And on June 18, 2026, Plaintiff noticed a Rule 30(b)(6) deposition of Defendant, currently set for August 18, 2026.

vi. The dashboard inspection was completed on July 7, 2026.

vii. Following the dashboard inspection, on July 9, 2026, Plaintiff served a second request for production of documents on Defendant. Defendant's deadline to respond and object is August 17, 2026.

e. Defendant's Propounded Discovery

i. On May 8, 2026, Defendant served its First Set of Interrogatories to Plaintiff and its First Set of Requests for Production of Documents to Plaintiff.

ii. Plaintiff served his written responses and objections to Defendant on August 7, 2026.

2. Per the Parties' Joint Status Report, Request to Lift Stay, and Amended Case Schedule (ECF No. 56), which was adopted by the Court (ECF No. 57), the following deadlines apply. The Parties do not believe that any adjustment to the case schedule is necessary at this time:

a. Non-expert discovery deadline: June 17, 2027.

b. Plaintiff's expert disclosures deadline: July 17, 2027.

c. Defendant's expert disclosures deadline: August 17, 2027.

d. Plaintiff's deadline to move for class certification is October 1, 2027. Defendant will have 45 days from the filing of that motion to respond, and Plaintiff will have 30 days from Defendant's response to file a reply in support of the motion.

e. All witness discovery and discovery relating to damages are to be completed by October 18, 2027.

3. Settlement / Mediation: The Parties attended a private mediation with mediator Jill Sperber on March 26, 2026. The Parties did not resolve the claims alleged in this case at that time. Although the Parties remain open to continuing settlement negotiations, they agree that another round of mediation would likely be more productive following the Court's ruling on Defendant's pending Motion to Dismiss.

Discovery is proceeding, and the Parties do not anticipate any issues that would prevent its timely completion. The Parties will continue to confer in good faith and will file their next joint status report as directed by the Court.

Dated: August 12, 2026

Respectfully submitted and agreed to by:

*<u>/s/ J. Gerard Stranch, IV</u>*
J. Gerard Stranch, IV (*Pro Hac Vice*)
Andrew E. Mize (*Pro Hac Vice*)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss, Bar No. 6340331
Raina C. Borrelli
STRAUSS BORRELLI PLLC

*<u>/s/ Eva Yang w/Permission</u>*
Eva Yang (admitted *pro hac vice*)
Jeffrey B. Margulies
NORTON ROSE FULBRIGHT US LLP
555. South Flower Street, 41st Floor
Los Angeles, California 90071
Tel: (213) 892-9400
Fax: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

Edward Casmere
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607

980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops (*Pro Hac Vice* forthcoming)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

***Counsel for Plaintiff and the proposed class***

Tel: (312) 964-7800
Fax: (312) 964-7799
ed.casmere@nortonrosefulbright.com

Yvonne K. Puig (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-2450
Fax: (512) 536-4598
yvonne.puig@nortonrosefulbright.com

***Counsel for Defendant Village Practice Management Company, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, a true and correct copy of the foregoing Joint Status Report was served electronically by the Court's e-filing system on all counsel of record in accordance with the Rules of Civil Procedure.

Eva Yang (admitted *pro hac vice*)
Jeffrey B. Margulies
**NORTON ROSE FULBRIGHT US LLP**
555. South Flower Street, 41st Floor
Los Angeles, California 90071
Tel: (213) 892-9400
Fax: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

Edward Casmere
**NORTON ROSE FULBRIGHT US LLP**
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607
Tel: (312) 964-7800
Fax: (312) 964-7799
ed.casmere@nortonrosefulbright.com

Yvonne K. Puig (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-2450
Fax: (512) 536-4598
yvonne.puig@nortonrosefulbright.com

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (*Pro Hac Vice*)