**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ANGEL RODRIGUEZ, Individually, and on behalf of all others similarly situated,** | |
| **Plaintiff** | **Civil Action No. 1:24-cv-02882** |
| **v.** | **District Judge John J. Tharp, Jr.** |
| **VILLAGE PRACTICE MANAGEMENT COMPANY, LLC D/B/A VILLAGE MEDICAL D/B/A VILLAGEMD** | **Magistrate Judge Albert Berry, III** |
| **Defendant.** | |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Federal Rules of Civil Procedure 6 and 16, and for good cause shown, Plaintiff Angel Rodriguez ("Plaintiff"), through his respective counsel of record, respectfully submits this Unopposed Motion to Modify Scheduling Order, and in support thereof shows as follows:

1. On April 10, 2024, Plaintiff filed his Class Action Complaint, initiating this lawsuit (ECF No. 1).

2. As ordered by the Court (ECF No. 4), on April 19, 2024, Plaintiff moved the Court for permission to proceed under the pseudonym, "John Doe" (ECF No. 5). On May 1, 2024, the Court denied Plaintiff's Motion to Proceed Under a Pseudonym, and ordered Plaintiff to file an amended, non−anonymous complaint stating his true identity by May 8, 2024 (ECF No. 6).

3. Accordingly, on May 2, 2024, Plaintiff filed his Amended Class Action Complaint stating his name (ECF No. 7), an amendment as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1).

4. Defendant, Village Practice Management Company, LLC d/b/a Village Medical d/b/a VillageMed, ("Defendant") filed its Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended

Complaint and Memorandum in Support on July 8, 2024 (ECF Nos. 24, 24-01).

5. In light of the Court's opinion in *Smith and Niles v. Loyola University Medical Center*, No. 23-CV-15828 (N.D. Ill., Jul. 9, 2024), Plaintiff filed his Unopposed Motion for Leave to File Second Amended Class Action Complaint to add additional claims, which the Court granted on July 31, 2024 (ECF Nos. 32–34).

6. Subsequently, the Defendant filed its second Motion to Dismiss Plaintiff's Second Amended Class Action Complaint on September 13, 2024 (ECF No. 39–40). Plaintiff filed his response in opposition on October 16, 2024 (ECF No. 43), and Defendant filed is Reply in Support on November 4, 2024 (ECF No. 44).

7. Prior to a ruling on the Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, on December 16, 2025, the Parties filed a joint motion to stay proceedings pending the outcome of a mediation the scheduled with mediator Jill Sperber on March 26, 2026 (ECF No. 53).

8. On December 18, 2025, the Court granted the Parties' motion and denied Defendant's Motion to Dismiss without prejudice in light of the parties' request for a stay (ECF No. 54).

9. The Parties did not resolve the claims alleged in this case at the March 26, 2026 mediation (ECF No. 56). Accordingly, the Parties requested the Court lift the stay pending mediation and enter an agreed scheduling order, which the Court adopted (ECF Nos. 56-1, 57).

10. Defendant therefore reasserted and refiled its third Motion to Dismiss Plaintiff's Amended Second Class Action Complaint on April 27, 2026 (ECF Nos. 60–61). Plaintiff filed their opposition to Defendant's Motion on May 27, 2026 (ECF No. 69), and Defendant filed its reply in support on June 26, 2026 (ECF No. 70).

11. Under the current scheduling order, the Parties must move for leave to amend the pleadings to add new parties or assert new claims or defenses by October 2, 2026. (ECF Nos. 56-1, 57). Because the Parties need additional time to assess their position in light of the pending Motion to Dismiss as they await a ruling from the Court that will provide the parties with guidance in the litigation, the Parties respectfully request additional time in which they may file a motion for leave to amend the pleadings.

12. Accordingly, the Parties request a modification of the scheduling order such that motions for leave to amend the pleadings may be filed within 14 days of the Court's ruling on Defendant's Motion to Dismiss.

13. No Party will be prejudiced by the extension, and Defendant does not oppose this motion.

14. To the extent Plaintiff seeks leave to amend the complaint with new allegations and/or parties following the Court's ruling on Defendant's Motion to Dismiss, the parties agree to work together to discuss an appropriate extension of pre-trial deadlines.

WHEREFORE, pursuant to Federal Rules of Civil Procedure 6 and 16, and for good cause shown, Plaintiff, by his counsel, respectfully requests the Court grant this Unopposed Motion to Modify Scheduling Order, and enter the Second Amended Scheduling Order.

Dated: October 2, 2026

Respectfully submitted by,

*/s / J. Gerard Stranch, IV*

J. Gerard Stranch, IV (*Pro Hac Vice*)
Andrew E. Mize (*Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss, Bar No. 6340331
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops (*Pro Hac Vice* forthcoming)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

***Counsel for Plaintiff and the proposed class***

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, a true and correct copy of the foregoing was served electronically by the Court's e-filing system on all counsel of record in accordance with the Rules of Civil Procedure.

Eva Yang (admitted *pro hac vice*)
Jeffrey B. Margulies (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
555. South Flower Street, 41st Floor
Los Angeles, California 90071
Tel: (213) 892-9400
Fax: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

Edward Casmere
**NORTON ROSE FULBRIGHT US LLP**
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607
Tel: (312) 964-7800
Fax: (312) 964-7799
ed.casmere@nortonrosefulbright.com

Yvonne K. Puig (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-2450
Fax: (512) 536-4598
yvonne.puig@nortonrosefulbright.com

*/s / J. Gerard Stranch, IV*
J. Gerard Stranch, IV