**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Angel Rodriguez

Plaintiff,

v.

Case No.: 1:24−cv−02882
Honorable John J. Tharp Jr.

Village Practice Management Company, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable Albert Berry III: The unopposed motion to change the deadline to amend the pleadings [73] is GRANTED. The new deadline for the parties to move for leave to amend the pleadings and add new parties or assert new claims will be 14 days after the Court's ruling on the Motion to Dismiss [[60], [61]]. All other previously set deadlines remain. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.